[No. 27826-0-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM NELSON CRAIG, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00869-1, Jay B. Roof and M. Karlynn Haberly, JJ., entered September 13, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ. Now published at 115 Wn. App. 191.

[Nos. 27836-7-II; 27896-1-II;   Division Two.   December 6, 2002.]
     27966-5-II.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM B. OESTREICH, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 99-1-02307-4 and 93-1-03569-3, Sergio Armijo, J., entered August 17, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 28074-4-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN ELAINE BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02500-1, Frank Cuthbertson, J., entered November 9, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28101-5-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTA FRANCINE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03696-5, James R. Orlando, J., entered November 21, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.